IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| TERRY DENNIS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs | ) | CIVIL ACTION NO. 01-PT-2431-E |
| | ) | |
| WARDEN RON WILEY, et al | ) | |
| | ) | |
| Respondent(s). | ) | |

### MEMORANDUM OF OPINION

The court has considered the entire file in this action, together with the Magistrate Judge's Report and Recommendation and the petitioner's objections, and has reached an independent conclusion that the Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the respondents' motion for summary judgment is due to be granted and this petition for writ of habeas corpus is due to be dismissed. An appropriate order will be entered.

DONE, this _____ day of December, 2002.

ROBERT B. PROPST,
UNITED STATES DISTRICT JUDGE